UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REVLON CONSUMER PRODUCTS LLC and ELIZABETH ARDEN, INC.,

                Plaintiffs,

– against –

GIVE BACK BEAUTY S.A., GIVE BACK BEAUTY, LLC, GIVE BACK BEAUTY AMERICAS LLC, GIVE BACK BEAUTY INTERNATIONAL LLC, GIVE BACK BEAUTY HOLDING LTD, VANESSA KIDD, DOMINICK ROMEO, REID MULVIHILL, and ASHLEY FASS,

                Defendants.

**ORDER**

24-cv-06438 (ER)

Ramos, D.J.:

        The Court held a hearing yesterday on Plaintiffs' motions for a preliminary injunction and for expedited discovery. Docs. 42, 52. For the reasons set forth on the record, the motion for a preliminary injunction is denied, but the Court will allow limited discovery on an expedited basis. The Court granted Defendants' application to refer to materials filed under seal during argument. Doc. 81. Defendants' evidentiary objections and motion to strike are denied as moot. Docs. 74, 100. Plaintiffs' motions for leave to file materials under seal and to file excess pages are granted. Docs. 89, 90.

        The Clerk of Court is respectfully directed to terminate the motions, Docs. 42, 52, 81, 89, 90, 100.

It is SO ORDERED.

Dated:    September 26, 2024
           New York, New York

                                                      Edgardo Ramos, U.S.D.J.