UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REVLON CONSUMER PRODUCTS LLC
and ELIZABETH ARDEN, INC.,

        Plaintiffs,

-against-

GIVE BACK BEAUTY S.A., GIVE BACK
BEAUTY, LLC, GIVE BACK BEAUTY
AMERICAS LLC, GIVE BACK BEAUTY
INTERNATIONAL LLC, GIVE BACK
BEAUTY HOLDING LTD., VANESSA
KIDD, DOMINICK ROMEO, REID
MULVIHILL and ASHLEY FASS,

        Defendants.

Case No. 1:24-cv-06438-ER-RWL

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Revlon Consumer Products LLC and Elizabeth Arden, Inc. hereby appeal, pursuant to 28 U.S.C. § 1292(a)(1), to the U.S. Court of Appeals for the Second Circuit from the order of the district court entered in this action on September 26, 2024 (Dkt. 103), limited to the denial of Plaintiffs' motion for a preliminary injunction.

Dated: October 1, 2024

Respectfully submitted,

**STEPTOE LLP**

By: /s/ *Elyse D. Echtman*

Elyse D. Echtman
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900
Email: eechtman@steptoe.com

Michael Dockterman
227 West Monroe Street, Suite 4700
Chicago, IL 60606
Telephone: (312) 577-1300
Email: mdockterman@steptoe.com

*Attorneys for Plaintiffs Revlon Consumer Products LLC and Elizabeth Arden, Inc.*

2

APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:24−cv−06438−ER

| | |
|---|---|
| Revlon Consumer Products LLC et al v. Give Back Beauty S.A. et al | Date Filed: 08/26/2024 |
| Assigned to: Judge Edgardo Ramos | Jury Demand: None |
| Cause: 18:1836(b) Civil Action to Protect Trade Secrets | Nature of Suit: 880 Defend Trade Secrets Act (of 2016) |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Revlon Consumer Products LLC**         represented by         **Michael Dockterman**
Steptoe LLP
227 West Monroe St.
Suite 4700
Chicago, IL 60606
312−577−1243
Fax: 312−577−1370
Email: mdockterman@Steptoe.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elyse D. Echtman**
Steptoe LLP
1114 Avenue of the Americas
New York, NY 10036
212−378−7551
Email: eechtman@Steptoe.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Arden, Inc.**         represented by         **Michael Dockterman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elyse D. Echtman**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Give Back Beauty S.A.**         represented by         **Ronie Malka Schmelz**
K&L Gates LLP
10100 Santa Monica Boulevard
Ste 8th Floor
Los Angeles, CA 90067
310−552−5000
Email: ronie.schmelz@klgates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Q Keech**
K&L Gates LLP
10100 Santa Monica Boulevard
Ste 8th Floor
Los Angeles, CA 90067
310−552−5000
Fax: 310−552−5001

                                                                                         Email: ryan.keech@klgates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew T. Hambelton**
Blank Rome LLP
1271 Avenue of Americas
New York, NY 10020
212−885−5345
Email: ahambelton@blankrome.com
*ATTORNEY TO BE NOTICED*

**Aubre G. Dean**
Blank Rome LLP
1271 Avenue of the Americas
New York, NY 10020
212−885−5122
Email: aubre.dean@blankrome.com
*ATTORNEY TO BE NOTICED*

**John J. Cotter**
K&L Gates LLP
One Congress Street
Suite 2900
Boston, MA 02114
617−261−3178
Email: john.cotter@klgates.com
*ATTORNEY TO BE NOTICED*

**Samuel David Levy**
Blank Rome LLP
1271 Avenue of Americas
New York, NY 10020
212−885−5000
Fax: 212−202−6187
Email: samuel.levy@blankrome.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Give Back Beauty, LLC**                    represented by    **Ronie Malka Schmelz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Q Keech**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew T. Hambelton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Aubre G. Dean**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Cotter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel David Levy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Give Back Beauty Americas LLC**  represented by  **Ronie Malka Schmelz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Q Keech**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew T. Hambelton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Aubre G. Dean**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Cotter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel David Levy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Give Back Beauty International LLC**  represented by  **Ronie Malka Schmelz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Q Keech**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew T. Hambelton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Aubre G. Dean**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Cotter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel David Levy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Give Back Beauty Holding Ltd**  represented by  **Ronie Malka Schmelz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Q Keech**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew T. Hambelton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Aubre G. Dean**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Cotter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel David Levy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vanessa Kidd**   represented by   **Ronie Malka Schmelz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Q Keech**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Cotter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dominick Romeo**   represented by   **Ronie Malka Schmelz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Q Keech**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Cotter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Reid Mulvihill**   represented by   **Ronie Malka Schmelz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Q Keech**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Cotter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ashley Fass** represented by **Ronie Malka Schmelz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Q Keech**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Cotter**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/26/2024 | 1 | COMPLAINT against Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick Romeo. (Filing Fee $ 405.00, Receipt Number ANYSDC–29803881)Document filed by Elizabeth Arden, Inc., REVLON CONSUMER PRODUCTS LLC..(Echtman, Elyse) (Entered: 08/26/2024) |
| 08/26/2024 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to Give Back Beauty Holding Ltd., re: 1 Complaint,. Document filed by Elizabeth Arden, Inc., REVLON CONSUMER PRODUCTS LLC..(Echtman, Elyse) (Entered: 08/26/2024) |
| 08/26/2024 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Give Back Beauty S.A., re: 1 Complaint,. Document filed by Elizabeth Arden, Inc., REVLON CONSUMER PRODUCTS LLC..(Echtman, Elyse) (Entered: 08/26/2024) |
| 08/26/2024 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to Ashley Fass, re: 1 Complaint,. Document filed by Elizabeth Arden, Inc., REVLON CONSUMER PRODUCTS LLC..(Echtman, Elyse) (Entered: 08/26/2024) |
| 08/26/2024 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to Dominick Romeo, re: 1 Complaint,. Document filed by Elizabeth Arden, Inc., REVLON CONSUMER PRODUCTS LLC..(Echtman, Elyse) (Entered: 08/26/2024) |
| 08/26/2024 | 6 | REQUEST FOR ISSUANCE OF SUMMONS as to Give Back Beauty Americas LLC, re: 1 Complaint,. Document filed by Elizabeth Arden, Inc., REVLON CONSUMER PRODUCTS LLC..(Echtman, Elyse) (Entered: 08/26/2024) |
| 08/26/2024 | 7 | REQUEST FOR ISSUANCE OF SUMMONS as to Give Back Beauty International LLC, re: 1 Complaint,. Document filed by Elizabeth Arden, Inc., REVLON CONSUMER PRODUCTS LLC..(Echtman, Elyse) (Entered: 08/26/2024) |
| 08/26/2024 | 8 | REQUEST FOR ISSUANCE OF SUMMONS as to Give Back Beauty LLC, re: 1 Complaint,. Document filed by Elizabeth Arden, Inc., REVLON CONSUMER PRODUCTS LLC..(Echtman, Elyse) (Entered: 08/26/2024) |
| 08/26/2024 | 9 | REQUEST FOR ISSUANCE OF SUMMONS as to Reid Mulvihill, re: 1 Complaint,. Document filed by Elizabeth Arden, Inc., REVLON CONSUMER PRODUCTS LLC..(Echtman, Elyse) (Entered: 08/26/2024) |
| 08/26/2024 | 10 | REQUEST FOR ISSUANCE OF SUMMONS as to Vanessa Kidd, re: 1 Complaint,. Document filed by Elizabeth Arden, Inc., REVLON CONSUMER PRODUCTS LLC..(Echtman, Elyse) (Entered: 08/26/2024) |
| 08/26/2024 | 11 | CIVIL COVER SHEET filed..(Echtman, Elyse) (Entered: 08/26/2024) |
| 08/26/2024 | 12 | **FILING ERROR – NOT ALL CORPORATE PARENTS/OTHER AFFILIATES WERE ADDED –** RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Revlon Group Holdings LLC for Elizabeth Arden, Inc., REVLON CONSUMER PRODUCTS LLC. Document filed by Elizabeth Arden, Inc., |

| | | |
|---|---|---|
| | | REVLON CONSUMER PRODUCTS LLC..(Echtman, Elyse) Modified on 8/27/2024 (lb). (Entered: 08/26/2024) |
| 08/26/2024 | 13 | **FILING ERROR – PDF ERROR –** MOTION for Michael Dockterman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29804099. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Elizabeth Arden, Inc., REVLON CONSUMER PRODUCTS LLC. (Attachments: # 1 Affidavit Of Michael Dockterman, # 2 Proposed Order to Admit Michael Dockterman).(Echtman, Elyse) Modified on 8/27/2024 (bc). (Entered: 08/26/2024) |
| 08/27/2024 | | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Elyse D. Echtman. The party information for the following party/parties has been modified: REVLON CONSUMER PRODUCTS LLC. The information for the party/parties has been modified for the following reason/reasons: party name was entered in all caps. (vf)** (Entered: 08/27/2024) |
| 08/27/2024 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Edgardo Ramos. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(vf) (Entered: 08/27/2024) |
| 08/27/2024 | | Magistrate Judge Robert W. Lehrburger is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (vf) (Entered: 08/27/2024) |
| 08/27/2024 | | Case Designated ECF. (vf) (Entered: 08/27/2024) |
| 08/27/2024 | 14 | ELECTRONIC SUMMONS ISSUED as to Give Back Beauty Holding Ltd. (vf) (Entered: 08/27/2024) |
| 08/27/2024 | 15 | ELECTRONIC SUMMONS ISSUED as to Give Back Beauty S.A.. (vf) (Entered: 08/27/2024) |
| 08/27/2024 | 16 | ELECTRONIC SUMMONS ISSUED as to Ashley Fass. (vf) (Entered: 08/27/2024) |
| 08/27/2024 | 17 | ELECTRONIC SUMMONS ISSUED as to Dominick Romeo. (vf) (Entered: 08/27/2024) |
| 08/27/2024 | 18 | ELECTRONIC SUMMONS ISSUED as to Give Back Beauty Americas LLC. (vf) (Entered: 08/27/2024) |
| 08/27/2024 | 19 | ELECTRONIC SUMMONS ISSUED as to Give Back Beauty International LLC. (vf) (Entered: 08/27/2024) |
| 08/27/2024 | 20 | ELECTRONIC SUMMONS ISSUED as to Give Back Beauty, LLC. (vf) (Entered: 08/27/2024) |
| 08/27/2024 | 21 | ELECTRONIC SUMMONS ISSUED as to Reid Mulvihill. (vf) (Entered: 08/27/2024) |
| 08/27/2024 | 22 | ELECTRONIC SUMMONS ISSUED as to Vanessa Kidd. (vf) (Entered: 08/27/2024) |
| 08/27/2024 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 13 MOTION for Michael Dockterman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29804099. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): motion needs wet signature because different pacer account and case number is missing from filing;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (bc)** (Entered: 08/27/2024) |

| Date | # | Description |
|---|---|---|
| 08/27/2024 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Notice to Attorney Elyse D. Echtman to RE–FILE Document No. 12 Rule 7.1 Corporate Disclosure Statement,. The filing is deficient for the following reason(s): not all corporate parents/other affiliates were added;. Re–file the document using the event type Rule 7.1 Corporate Disclosure Statement found under the event list Other Documents – select the correct filer/filers – attach the correct signed PDF – when prompted with the message "Are there any corporate parents or other affiliates?", select the Yes or No radio button – If Yes – enter the corporate parent/other affiliate, click the Search button – select the correct corporate parent/other affiliate name from the search results list or if no person found, create a new corporate parent/other affiliate – select the party to whom the corporate parent/other affiliate should be linked – add corporate parent/other affiliate names one at a time. (lb) (Entered: 08/27/2024) |
| 08/27/2024 | 23 | **FILING ERROR – NOT ALL CORPORATE PARENTS/OTHER AFFILIATES WERE ADDED** – RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Revlon Group Holdings LLC for Elizabeth Arden, Inc., Revlon Consumer Products LLC. Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC..(Echtman, Elyse) Modified on 8/28/2024 (lb). (Entered: 08/27/2024) |
| 08/27/2024 | 24 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Revlon Group Holdings LLC, Other Affiliate Glendon Capital Management LP, Other Affiliate TPG Angelo Gordon, Other Affiliate Nut Tree Capital Management, Other Affiliate King Street Capital Management, for Elizabeth Arden, Inc., Revlon Consumer Products LLC. Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC..(Echtman, Elyse) (Entered: 08/27/2024) |
| 08/28/2024 | 25 | MOTION for Michael Dockterman to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC. (Attachments: # 1 Affidavit Michael Dockterman, # 2 Proposed Order Pro Hac Vice).(Dockterman, Michael) (Entered: 08/28/2024) |
| 08/28/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 25 MOTION for Michael Dockterman to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 08/28/2024) |
| 08/29/2024 | 26 | ORDER FOR ADMISSION PRO HAC VICE granting 25 Motion for Michael Dockterman to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted Pro Hac Vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Edgardo Ramos on 8/29/2024) (mml) (Entered: 08/29/2024) |
| 09/10/2024 | 27 | NOTICE OF APPEARANCE by Ronie Malka Schmelz on behalf of Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick Romeo..(Schmelz, Ronie) (Entered: 09/10/2024) |
| 09/10/2024 | 28 | LETTER MOTION for Extension of Time to File Answer re: 1 Complaint, addressed to Magistrate Judge Robert W. Lehrburger from Ronie M. Schmelz dated September 10, 2024. Document filed by Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick Romeo..(Schmelz, Ronie) (Entered: 09/10/2024) |
| 09/10/2024 | 29 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Give Back Beauty Srl, Corporate Parent Give Back Beauty Holding SpA for Give Back Beauty Americas LLC, Give Back Beauty S.A.; Other Affiliate Corrado Brondi for Give Back Beauty Holding Ltd; Corporate Parent Give Back Beauty Holding SpA, Corporate Parent Give Back Beauty Limited, Corporate Parent GBB Talents Limited, Corporate Parent Brondi Holding Srl for Give Back Beauty, LLC; Corporate Parent Give Back Beauty Holding SpA, Corporate Parent Brondi Holding Srl, Corporate |

| | | |
|---|---|---|
| | | Parent Give Back Beauty International Limited for Give Back Beauty International LLC. Document filed by Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC..(Schmelz, Ronie) (Entered: 09/10/2024) |
| 09/11/2024 | 30 | ORDER granting 28 Letter Motion for Extension of Time to Answer The request is granted. Defendants shall respond to the complaint by October 18, 2024. The Court also notes that while Magistrate Judge Lehrburger has been designated to handle any matters that may be referred in this case, no such referrals have been issued. Accordingly, future requests should be directed to the undersigned. SO ORDERED. Ashley Fass answer due 10/18/2024; Give Back Beauty Americas LLC answer due 10/18/2024; Give Back Beauty Holding Ltd answer due 10/18/2024; Give Back Beauty International LLC answer due 10/18/2024; Give Back Beauty S.A. answer due 10/18/2024; Give Back Beauty, LLC answer due 10/18/2024; Vanessa Kidd answer due 10/18/2024; Reid Mulvihill answer due 10/18/2024; Dominick Romeo answer due 10/18/2024. (Signed by Judge Edgardo Ramos on 9/11/2024) (jca) (Entered: 09/11/2024) |
| 09/12/2024 | 31 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Dominick Romeo served on 8/28/2024, answer due 10/18/2024. Service was accepted by Dominick Romeo, defendant. Document filed by Elizabeth Arden, Inc.; Revlon Consumer Products LLC..(Echtman, Elyse) (Entered: 09/12/2024) |
| 09/12/2024 | 32 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Give Back Beauty Americas LLC served on 8/30/2024, answer due 10/18/2024. Service was accepted by Ashley Falco, Corporate Specialist. Document filed by Elizabeth Arden, Inc.; Revlon Consumer Products LLC..(Echtman, Elyse) (Entered: 09/12/2024) |
| 09/12/2024 | 33 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Give Back Beauty International LLC served on 8/30/2024, answer due 10/18/2024. Service was accepted by Ashley Falco, Corporate Specialist. Document filed by Elizabeth Arden, Inc.; Revlon Consumer Products LLC..(Echtman, Elyse) (Entered: 09/12/2024) |
| 09/12/2024 | 34 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Give Back Beauty, LLC served on 8/30/2024, answer due 10/18/2024. Service was accepted by Ashley Falco, Corporate Specialist. Document filed by Elizabeth Arden, Inc.; Revlon Consumer Products LLC..(Echtman, Elyse) (Entered: 09/12/2024) |
| 09/12/2024 | 35 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Reid Mulvihill served on 8/28/2024, answer due 10/18/2024. Service was accepted by Reid Mulvihill, defendant. Document filed by Elizabeth Arden, Inc.; Revlon Consumer Products LLC..(Echtman, Elyse) (Entered: 09/12/2024) |
| 09/12/2024 | 36 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Vanessa Kidd served on 8/28/2024, answer due 10/18/2024. Service was accepted by Vanessa Kidd, defendant. Document filed by Elizabeth Arden, Inc.; Revlon Consumer Products LLC..(Echtman, Elyse) (Entered: 09/12/2024) |
| 09/12/2024 | 37 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Ashley Fass served on 9/5/2024, answer due 10/18/2024. Service was accepted by Ashley Faas, defendant. Document filed by Elizabeth Arden, Inc.; Revlon Consumer Products LLC..(Echtman, Elyse) (Entered: 09/12/2024) |
| 09/13/2024 | 38 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Give Back Beauty Holding Ltd served on 9/2/2024, answer due 11/1/2024. Service was made by Mail. Document filed by Elizabeth Arden, Inc.; Revlon Consumer Products LLC. (Attachments: # 1 Exhibit 1).(Echtman, Elyse) (Entered: 09/13/2024) |
| 09/13/2024 | 39 | PROPOSED PROTECTIVE ORDER. Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC..(Echtman, Elyse) (Entered: 09/13/2024) |
| 09/13/2024 | 40 | LETTER MOTION for Leave to File Excess Pages addressed to Judge Edgardo Ramos from Elyse D. Echtman dated 9/13/2024. Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC..(Echtman, Elyse) (Entered: 09/13/2024) |
| 09/13/2024 | 41 | LETTER MOTION for Leave to File under seal addressed to Judge Edgardo Ramos from Elyse D. Echtman dated 9/13/2024. Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC..(Echtman, Elyse) (Entered: 09/13/2024) |

| | | |
|---|---|---|
| 09/13/2024 | 42 | MOTION for Preliminary Injunction . Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC..(Dockterman, Michael) (Entered: 09/13/2024) |
| 09/13/2024 | 43 | ***SELECTED PARTIES***DECLARATION of Will Cornock in Support re: 42 MOTION for Preliminary Injunction .. Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC, Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick Romeo. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9 (1 of 2), # 10 Exhibit 9 (2 of 2), # 11 Exhibit 10, # 12 Exhibit 11(1 of 2), # 13 Exhibit 11(2 of 2), # 14 Exhibit 12 (1 of 2), # 15 Exhibit 12 (2 of 2), # 16 Exhibit 13 (1 of 3), # 17 Exhibit 13 (2 of 3), # 18 Exhibit 13 (3 of 3), # 19 Exhibit 14 (1 of 4), # 20 Exhibit 14 (2 of 4), # 21 Exhibit 14 (3 of 4), # 22 Exhibit 14 (4 of 4), # 23 Exhibit 15, # 24 Exhibit 16, # 25 Exhibit 17, # 26 Exhibit 18, # 27 Exhibit 19, # 28 Exhibit 20, # 29 Exhibit 21, # 30 Exhibit 22)Motion or Order to File Under Seal: 41 .(Dockterman, Michael) (Entered: 09/14/2024) |
| 09/14/2024 | 44 | DECLARATION of Will Cornock in Support re: 42 MOTION for Preliminary Injunction .. Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14 (1 of 4), # 15 Exhibit 14 (2 of 4), # 16 Exhibit 14 (3 of 4), # 17 Exhibit 14 (4 of 4), # 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17, # 21 Exhibit 18, # 22 Exhibit 19, # 23 Exhibit 20, # 24 Exhibit 21, # 25 Exhibit 22).(Dockterman, Michael) (Entered: 09/14/2024) |
| 09/14/2024 | 45 | ***SELECTED PARTIES***DECLARATION of Marni Shepard in Support re: 42 MOTION for Preliminary Injunction .. Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC, Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick Romeo. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)Motion or Order to File Under Seal: 42 .(Dockterman, Michael) (Entered: 09/14/2024) |
| 09/14/2024 | 46 | DECLARATION of Marni Shepard in Support re: 42 MOTION for Preliminary Injunction .. Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H).(Dockterman, Michael) (Entered: 09/14/2024) |
| 09/14/2024 | 47 | ***SELECTED PARTIES***DECLARATION of J. Christopher Racich in Support re: 42 MOTION for Preliminary Injunction .. Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC, Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick Romeo. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)Motion or Order to File Under Seal: 42 .(Dockterman, Michael) (Entered: 09/14/2024) |
| 09/14/2024 | 48 | DECLARATION of J. Christopher Racich in Support re: 42 MOTION for Preliminary Injunction .. Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H).(Dockterman, Michael) (Entered: 09/14/2024) |
| 09/14/2024 | 49 | DECLARATION of Michael Dockterman in Support re: 42 MOTION for Preliminary Injunction .. Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G).(Dockterman, Michael) (Entered: 09/14/2024) |
| 09/14/2024 | 50 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 42 MOTION for Preliminary Injunction . . Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC, Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick |

| | | |
|---|---|---|
| | | Romeo. Motion or Order to File Under Seal: 42 .(Dockterman, Michael) (Entered: 09/14/2024) |
| 09/14/2024 | 51 | MEMORANDUM OF LAW in Support re: 42 MOTION for Preliminary Injunction . . Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC..(Dockterman, Michael) (Entered: 09/14/2024) |
| 09/14/2024 | 52 | LETTER MOTION to Expedite *Discovery* addressed to Judge Edgardo Ramos from Elyse D. Echtman dated 9/13/2024. Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Echtman, Elyse) (Entered: 09/14/2024) |
| 09/14/2024 | 53 | NOTICE OF APPEARANCE by John J. Cotter on behalf of Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick Romeo..(Cotter, John) (Entered: 09/14/2024) |
| 09/16/2024 | 54 | STIPULATED PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material...SO ORDERED. (Signed by Judge Edgardo Ramos on 9/16/2024) (vfr) (Entered: 09/16/2024) |
| 09/16/2024 | 55 | ORDER granting 40 Letter Motion for Leave to File Excess Pages; granting 41 Letter Motion for Leave to File Document. Plaintiffs' motions for leave to file excess pages and to file certain information under seal are granted. Docs. 40, 41. Defendants are directed to respond to the motion for a preliminary injunction (Doc. 42) and the motion for expedited discovery (Doc. 52) by September 20, 2024. Plaintiffs are directed to reply by September 24, 2024. The Court will hold a hearing on the motions on September 25, 2024, at 2:30 p.m. at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, Courtroom 619. The Clerk of Court is respectfully directed to terminate the motions, Docs. 40, 41. It is SO ORDERED. (Signed by Judge Edgardo Ramos on 9/16/2024) (vfr) (Entered: 09/16/2024) |
| 09/16/2024 | | Set/Reset Hearings: Status Conference set for 9/25/2024 at 02:30 PM in Courtroom 619, 40 Foley Square, New York, NY 10007 before Judge Edgardo Ramos. (vfr) (Entered: 09/16/2024) |
| 09/20/2024 | 56 | NOTICE of Letter Motion to Bring Electronic Devices to the Courthouse re: Set/Reset Hearings. Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC. (Attachments: # 1 Exhibit A).(Echtman, Elyse) (Entered: 09/20/2024) |
| 09/20/2024 | 57 | **FILING ERROR – PDF ERROR –** MOTION for Ryan Q. Keech to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29928118. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick Romeo. (Attachments: # 1 Affidavit of Ryan Q. Keech, # 2 Exhibit Certificate of Good Standing California, # 3 Exhibit Certificate of Good Standing DC, # 4 Proposed Order Proposed Order).(Keech, Ryan) Modified on 9/23/2024 (bc). (Entered: 09/20/2024) |
| 09/20/2024 | 58 | LETTER MOTION for Leave to File under seal addressed to Judge Edgardo Ramos from Ronie Schmelz dated September 20, 2024. Document filed by Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick Romeo..(Schmelz, Ronie) (Entered: 09/20/2024) |
| 09/20/2024 | 59 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 42 MOTION for Preliminary Injunction . . Document filed by Give Back Beauty International LLC, Ashley Fass, Give Back Beauty S.A., Give Back Beauty Holding Ltd, Dominick Romeo, Vanessa Kidd, Give Back Beauty, LLC, Reid Mulvihill, Give Back Beauty Americas LLC, Elizabeth Arden, Inc., Revlon Consumer Products LLC. Motion or Order to File Under Seal: 58 .(Schmelz, Ronie) (Entered: 09/20/2024) |
| 09/20/2024 | 60 | MEMORANDUM OF LAW in Opposition re: 42 MOTION for Preliminary Injunction . . Document filed by Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick Romeo..(Schmelz, |

| | | |
|---|---|---|
| | | Ronie) (Entered: 09/20/2024) |
| 09/20/2024 | 61 | ***SELECTED PARTIES***DECLARATION of Patrizio Stella in Opposition re: 42 MOTION for Preliminary Injunction .. Document filed by Give Back Beauty International LLC, Ashley Fass, Give Back Beauty S.A., Give Back Beauty Holding Ltd, Dominick Romeo, Vanessa Kidd, Give Back Beauty, LLC, Reid Mulvihill, Give Back Beauty Americas LLC, Elizabeth Arden, Inc., Revlon Consumer Products LLC. Motion or Order to File Under Seal: 58 .(Schmelz, Ronie) (Entered: 09/20/2024) |
| 09/20/2024 | 62 | DECLARATION of Patrizio Stella in Opposition re: 42 MOTION for Preliminary Injunction .. Document filed by Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick Romeo..(Schmelz, Ronie) (Entered: 09/20/2024) |
| 09/20/2024 | 63 | ***SELECTED PARTIES***DECLARATION of Corrado Brondi in Opposition re: 42 MOTION for Preliminary Injunction .. Document filed by Give Back Beauty International LLC, Ashley Fass, Give Back Beauty S.A., Give Back Beauty Holding Ltd, Dominick Romeo, Vanessa Kidd, Give Back Beauty, LLC, Reid Mulvihill, Give Back Beauty Americas LLC, Elizabeth Arden, Inc., Revlon Consumer Products LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)Motion or Order to File Under Seal: 58 .(Schmelz, Ronie) (Entered: 09/20/2024) |
| 09/20/2024 | 64 | DECLARATION of Corrado Brondi in Opposition re: 42 MOTION for Preliminary Injunction .. Document filed by Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick Romeo. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4).(Schmelz, Ronie) (Entered: 09/20/2024) |
| 09/20/2024 | 65 | ***SELECTED PARTIES***DECLARATION of Vanessa Kidd in Opposition re: 42 MOTION for Preliminary Injunction .. Document filed by Give Back Beauty International LLC, Ashley Fass, Give Back Beauty S.A., Give Back Beauty Holding Ltd, Dominick Romeo, Vanessa Kidd, Give Back Beauty, LLC, Reid Mulvihill, Give Back Beauty Americas LLC, Elizabeth Arden, Inc., Revlon Consumer Products LLC. Motion or Order to File Under Seal: 58 .(Schmelz, Ronie) (Entered: 09/20/2024) |
| 09/20/2024 | 66 | DECLARATION of Vanessa Kidd in Opposition re: 42 MOTION for Preliminary Injunction .. Document filed by Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick Romeo..(Schmelz, Ronie) (Entered: 09/20/2024) |
| 09/20/2024 | 67 | ***SELECTED PARTIES***DECLARATION of Dominick Romeo in Opposition re: 42 MOTION for Preliminary Injunction .. Document filed by Give Back Beauty International LLC, Ashley Fass, Give Back Beauty S.A., Give Back Beauty Holding Ltd, Dominick Romeo, Vanessa Kidd, Give Back Beauty, LLC, Reid Mulvihill, Give Back Beauty Americas LLC, Elizabeth Arden, Inc., Revlon Consumer Products LLC. Motion or Order to File Under Seal: 58 .(Schmelz, Ronie) (Entered: 09/20/2024) |
| 09/20/2024 | 68 | DECLARATION of Dominick Romeo in Opposition re: 42 MOTION for Preliminary Injunction .. Document filed by Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick Romeo..(Schmelz, Ronie) (Entered: 09/20/2024) |
| 09/20/2024 | 69 | ***SELECTED PARTIES***DECLARATION of Reid Mulvihill in Opposition re: 42 MOTION for Preliminary Injunction .. Document filed by Give Back Beauty International LLC, Ashley Fass, Give Back Beauty S.A., Give Back Beauty Holding Ltd, Dominick Romeo, Vanessa Kidd, Give Back Beauty, LLC, Reid Mulvihill, Give Back Beauty Americas LLC, Elizabeth Arden, Inc., Revlon Consumer Products LLC. Motion or Order to File Under Seal: 58 .(Schmelz, Ronie) (Entered: 09/20/2024) |
| 09/20/2024 | 70 | DECLARATION of Reid Mulvihill in Opposition re: 42 MOTION for Preliminary Injunction .. Document filed by Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick |

| | | |
|---|---|---|
| | | Romeo..(Schmelz, Ronie) (Entered: 09/20/2024) |
| 09/20/2024 | 71 | ***SELECTED PARTIES***DECLARATION of Ashley Fass in Opposition re: 42 MOTION for Preliminary Injunction .. Document filed by Give Back Beauty International LLC, Ashley Fass, Give Back Beauty S.A., Give Back Beauty Holding Ltd, Dominick Romeo, Vanessa Kidd, Give Back Beauty, LLC, Reid Mulvihill, Give Back Beauty Americas LLC, Elizabeth Arden, Inc., Revlon Consumer Products LLC. Motion or Order to File Under Seal: 58 .(Schmelz, Ronie) (Entered: 09/20/2024) |
| 09/20/2024 | 72 | DECLARATION of Ashley Fass in Opposition re: 42 MOTION for Preliminary Injunction .. Document filed by Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick Romeo..(Schmelz, Ronie) (Entered: 09/20/2024) |
| 09/20/2024 | 73 | DECLARATION of John J. Cotter in Opposition re: 42 MOTION for Preliminary Injunction .. Document filed by Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick Romeo. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Schmelz, Ronie) (Entered: 09/20/2024) |
| 09/20/2024 | 74 | ***SELECTED PARTIES***Objection re: 42 MOTION for Preliminary Injunction . . Document filed by Give Back Beauty International LLC, Ashley Fass, Give Back Beauty S.A., Give Back Beauty Holding Ltd, Dominick Romeo, Vanessa Kidd, Give Back Beauty, LLC, Reid Mulvihill, Give Back Beauty Americas LLC, Elizabeth Arden, Inc., Revlon Consumer Products LLC. (Attachments: # 1 Proposed Order Granting Evidentiary Objections)Motion or Order to File Under Seal: 58 .(Schmelz, Ronie) (Entered: 09/20/2024) |
| 09/20/2024 | 75 | Objection re: 42 MOTION for Preliminary Injunction . . Document filed by Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick Romeo. (Attachments: # 1 Proposed Order Granting Evidentiary Objections).(Schmelz, Ronie) (Entered: 09/20/2024) |
| 09/20/2024 | 77 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 52 LETTER MOTION to Expedite *Discovery* addressed to Judge Edgardo Ramos from Elyse D. Echtman dated 9/13/2024. *[Correct Version]*. Document filed by Give Back Beauty International LLC, Ashley Fass, Give Back Beauty S.A., Give Back Beauty Holding Ltd, Dominick Romeo, Vanessa Kidd, Give Back Beauty, LLC, Reid Mulvihill, Give Back Beauty Americas LLC, Elizabeth Arden, Inc., Revlon Consumer Products LLC. Motion or Order to File Under Seal: 58 .(Schmelz, Ronie) (Entered: 09/20/2024) |
| 09/20/2024 | 78 | MEMORANDUM OF LAW in Opposition re: 52 LETTER MOTION to Expedite *Discovery* addressed to Judge Edgardo Ramos from Elyse D. Echtman dated 9/13/2024. . Document filed by Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick Romeo..(Schmelz, Ronie) (Entered: 09/20/2024) |
| 09/20/2024 | | **\*\*\*STRICKEN DOCUMENT. Deleted document number 76 from the case record. The document was stricken from this case pursuant to 82 Order on Motion to Strike. (jar)** (Entered: 09/24/2024) |
| 09/23/2024 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Document No. 57 MOTION for Ryan Q. Keech to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−29928118. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California;. Re−file the motion as a Motion to Appear Pro Hac Vice − attach the correct signed PDF − select the correct named filer/filers − attach valid Certificates of Good Standing issued within the past 30 days − attach Proposed Order.. (bc)** (Entered: 09/23/2024) |
| 09/23/2024 | 79 | ORDER granting 58 Letter Motion for Leave to File Document. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) (Entered: 09/23/2024) |

| | | | |
|---|---|---|---|
| 09/23/2024 | 80 | MOTION to Strike Document No. 76 . Document filed by Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick Romeo..(Schmelz, Ronie) Modified on 9/24/2024 (jar). (Entered: 09/23/2024) | |
| 09/23/2024 | 81 | MOTION for Confidentiality , *Defendants' Request to Reference Attorney's Eyes Only and Confidential Material*. Document filed by Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick Romeo..(Schmelz, Ronie) (Entered: 09/23/2024) | |
| 09/24/2024 | 82 | ORDER granting 80 Motion to Strike document 76 Memorandum of Law in Opposition to Motion from the record. The application is granted. The Clerk of the Court is respectfully directed to strike doc. 76. (Signed by Judge Edgardo Ramos on 9/24/2024) (jar) Modified on 9/24/2024 (jar). (Entered: 09/24/2024) | |
| 09/24/2024 | 83 | NOTICE OF APPEARANCE by Andrew T. Hambelton on behalf of Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC..(Hambelton, Andrew) (Entered: 09/24/2024) | |
| 09/24/2024 | 84 | LETTER addressed to Judge Edgardo Ramos from Andrew T. Hambelton dated 09/24/24 re: Proposed Order Regarding Electronic Devices. Document filed by Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC..(Hambelton, Andrew) (Entered: 09/24/2024) | |
| 09/24/2024 | 85 | NOTICE OF APPEARANCE by Samuel David Levy on behalf of Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC..(Levy, Samuel) (Entered: 09/24/2024) | |
| 09/24/2024 | 86 | NOTICE OF APPEARANCE by Aubre G. Dean on behalf of Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC..(Dean, Aubre) (Entered: 09/24/2024) | |
| 09/24/2024 | 87 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – PROPOSED ORDER. Document filed by Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick Romeo. Related Document Number: [for Admission Pro Hac Vice on Oral Motion]..(Keech, Ryan) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 9/25/2024 (rju). (Entered: 09/24/2024) | |
| 09/24/2024 | 88 | AFFIDAVIT of Ryan Keech re: 87 Proposed Order, *for Admission Pro Hac Vice*. Document filed by Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick Romeo..(Keech, Ryan) (Entered: 09/24/2024) | |
| 09/24/2024 | 89 | LETTER MOTION for Leave to File Documents Under Seal addressed to Judge Edgardo Ramos from Elyse D. Echtman dated September 24, 2024. Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC..(Echtman, Elyse) (Entered: 09/24/2024) | |
| 09/24/2024 | 90 | LETTER MOTION for Leave to File Excess Pages *to Reply Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction* addressed to Judge Edgardo Ramos from Elyse D. Echtman dated September 24, 2024. Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC..(Echtman, Elyse) (Entered: 09/24/2024) | |
| 09/24/2024 | 91 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 42 MOTION for Preliminary Injunction . . Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC, Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick | |

| | | |
|---|---|---|
| | | Romeo. Motion or Order to File Under Seal: 89 .(Dockterman, Michael) (Entered: 09/24/2024) |
| 09/24/2024 | 92 | REPLY MEMORANDUM OF LAW in Support re: 42 MOTION for Preliminary Injunction . . Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC..(Dockterman, Michael) (Entered: 09/24/2024) |
| 09/24/2024 | 93 | DECLARATION of J. Christopher Racich in Support re: 42 MOTION for Preliminary Injunction .. Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC. (Attachments: # 1 Exhibit A).(Dockterman, Michael) (Entered: 09/24/2024) |
| 09/24/2024 | 94 | ***SELECTED PARTIES***DECLARATION of Linda King in Support re: 42 MOTION for Preliminary Injunction .. Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC, Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick Romeo. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Motion or Order to File Under Seal: 89 .(Dockterman, Michael) (Entered: 09/24/2024) |
| 09/24/2024 | 95 | DECLARATION of Linda King in Support re: 42 MOTION for Preliminary Injunction .. Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Dockterman, Michael) (Entered: 09/24/2024) |
| 09/24/2024 | 96 | ***SELECTED PARTIES***NOTICE of Plaintiffs' Responses to Defendants' Evidentiary Objections in Opposition to Plaintiffs' Motion for Preliminary Injunction re: 75 Objection (non−motion),. Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC, Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick Romeo. Motion or Order to File Under Seal: 89 .(Dockterman, Michael) (Entered: 09/24/2024) |
| 09/24/2024 | 97 | NOTICE of Plaintiffs' Responses to Defendants' Evidentiary Objections in Opposition to Plaintiffs' Motion for Preliminary Injunction re: 75 Objection (non−motion),. Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC..(Dockterman, Michael) (Entered: 09/24/2024) |
| 09/24/2024 | 98 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 52 LETTER MOTION to Expedite *Discovery* addressed to Judge Edgardo Ramos from Elyse D. Echtman dated 9/13/2024. . Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC, Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick Romeo. Motion or Order to File Under Seal: 89 .(Dockterman, Michael) (Entered: 09/24/2024) |
| 09/24/2024 | 99 | REPLY MEMORANDUM OF LAW in Support re: 52 LETTER MOTION to Expedite *Discovery* addressed to Judge Edgardo Ramos from Elyse D. Echtman dated 9/13/2024. . Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC..(Dockterman, Michael) (Entered: 09/24/2024) |
| 09/25/2024 | 100 | MOTION to Strike Document No. [93, 94] . Document filed by Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick Romeo..(Schmelz, Ronie) (Entered: 09/25/2024) |
| 09/25/2024 | 101 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** PROPOSED ORDER. Document filed by Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick Romeo. Related Document Number: [for Admission Pro Hac Vice of Avril Love on Oral Motion]..(Schmelz, Ronie) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 9/25/2024 (rju). (Entered: 09/25/2024) |
| 09/25/2024 | 102 | AFFIDAVIT of Avril Love *re Proposed Order for Admission Pro Hac Vice*. Document filed by Ashley Fass, Give Back Beauty Americas LLC, Give Back Beauty Holding Ltd, Give Back Beauty International LLC, Give Back Beauty S.A., Give Back Beauty, LLC, Vanessa Kidd, Reid Mulvihill, Dominick Romeo..(Schmelz, Ronie) |

| | | |
|---|---|---|
| | | (Entered: 09/25/2024) |
| 09/25/2024 | | Minute Entry for proceedings held before Judge Edgardo Ramos: Show Cause Hearing held on 9/25/2024. Plaintiffs' and Defendants' counsel present. For the reasons stated on the record, the motion for a preliminary injunction was denied. The Court will allow limited discovery on an expedited basis. (jar) (Entered: 09/26/2024) |
| 09/26/2024 | 103 | ORDER denying 42 Motion for Preliminary Injunction; granting 52 Letter Motion to Expedite; granting 81 Motion for Confidentiality; granting 89 Letter Motion for Leave to File Document; granting 90 Letter Motion for Leave to File Excess Pages; denying as moot 100 Motion to Strike document from the record. The Court held a hearing yesterday on Plaintiffs' motions for a preliminary injunction and for expedited discovery. Docs. 42, 52. For the reasons set forth on the record, the motion for a preliminary injunction is denied, but the Court will allow limited discovery on an expedited basis. The Court granted Defendants' application to refer to materials filed under seal during argument. Doc. 81. Defendants' evidentiary objections and motion to strike are denied as moot. Docs. 74, 100. Plaintiffs' motions for leave to file materials under seal and to file excess pages are granted. Docs. 89, 90. The Clerk of Court is respectfully directed to terminate the motions, Docs. 42, 52, 81, 89, 90, 100. It is SO ORDERED. (Signed by Judge Edgardo Ramos on 9/26/2024) (jca) (Entered: 09/26/2024) |
| 10/01/2024 | 104 | NOTICE OF INTERLOCUTORY APPEAL from 103 Order on Motion for Preliminary Injunction,,,,, Order on Motion to Expedite,,,,, Order on Motion for Confidentiality,,,,, Order on Motion for Leave to File Document,,,,, Order on Motion for Leave to File Excess Pages,,,,, Order on Motion to Strike,,,,. Document filed by Elizabeth Arden, Inc., Revlon Consumer Products LLC. Filing fee $ 605.00, receipt number ANYSDC–29976297. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Echtman, Elyse) (Entered: 10/01/2024) |
| 10/02/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 104 Notice of Interlocutory Appeal.(km) (Entered: 10/02/2024) |
| 10/02/2024 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 104 Notice of Interlocutory Appeal, filed by Revlon Consumer Products LLC, Elizabeth Arden, Inc. were transmitted to the U.S. Court of Appeals.(km) (Entered: 10/02/2024) |